ABRAHAM FERBER, Respondent, v. THE CARL COMPANY and WILLIAM C. UTHE, Doing Business as PLISKIN'S GARAGE, Appellants.— Order unanimously affirmed, with costs to the respondent against each of the appellants to abide the event. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

EAGLE INDEMNITY COMPANY, Respondent, v. H. J. CONRATH COMPANY and Others, Defendants. GEORGE VALLARD, Appellant.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of WILLIAM HERMAN BLACK, a Justice of the Supreme Court of the State of New York for the First Judicial District, Appellant, for a Mandamus Order against JOHN P. O'BRIEN, as Mayor of the City of New York, and Others, Respondents.* — Order affirmed, with costs. Hill, P. J., Rhodes and Crapser, JJ., concur; Bliss and Heffernan, JJ., dissent and vote to reverse order and to grant a peremptory order of mandamus.

WILLIAM A. HAYNER, Respondent, v. ABRAM V. LOUER and JAMES C. COOPER, as Receivers of SCHENECTADY RAILWAY COMPANY, Appellants.† — Judgment and order affirmed, with costs. Rhodes, Crapser and Heffernan, JJ., concur; Hill, P. J., and Bliss, J., dissent.

MONGAUP VALLEY COMPANY, INC., Appellant, v. ROCKLAND LIGHT AND POWER COMPANY, Respondent.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [144 Misc. 718.]

CLARA CLEMONS, Respondent, v. K. B. OLSEN, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

PETER J. WENZEL, Respondent, v. MAX ROSENHECK, Appellant.— Judgment and order affirmed, with costs. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., dissents.

In the Matter of the Claim of CATHERINE O'CONNELL, Respondent, against CONVENT OF JESUS AND MARY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of PETER BURDY, Respondent, against CRATER FUEL CORPORATION, Respondent, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.